IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PISCES MADDEN,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )        1:25cv991
                                        )
JUDGE TABATHA HOLLIDAY et al.,          )
                                        )
                Defendants.             )

**ORDER**

On March 23, 2026, the Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b).  Plaintiff objected to the Recommendation.  (Doc. 7.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report.  The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice for lack of jurisdiction and failure to state a claim.

                              /s/   Thomas D. Schroeder
                              United States District Judge

April 9, 2026